UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Weaver Cooke Construction, LLC,<br>         Appellant,<br><br>v.<br><br>Waterproofing Specialties, Inc.,<br><br>         Appellee. | **JUDGMENT**<br><br>No. 5:14-CV-524-BR |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court AFFIRMS the 27 August 2014 order on the grounds stated by the bankruptcy court.

**This judgment filed and entered on June 16, 2016, and served on:**

Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III (via CM/ECF Notice of Electronic Filing)
Ron D. Medlin (via CM/ECF Notice of Electronic Filing)

June 16, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk